**FILED**

**MAR 3 1 2015**

**EUGENE R. WEDOFF,
BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  )
 )
 )     Case No. 13 B 18088
VALELL CORPORATION,  )
 )
 )
 )     Chapter 11
Debtor.  )
 )

### FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER GRANTING APPLICATION OF O. ALLAN FRIDMAN AND MILTON TORNHEIM, ATTORNEYS FOR DEBTOR, FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $30,990.00 | TOTAL COSTS REQUESTED: | $1,223.00 |
| TOTAL FEES REDUCED: | $885.50 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES ALLOWED: | $30,104.50 | TOTAL COSTS ALLOWED: | $1,223.00 |

**TOTAL FEES AND COSTS ALLOWED: $31,327.50**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(7)    Lumping**

The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

**(12)    Clerical Work Not Compensable**

The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are not in the nature of professional services and must be absorbed by the applicant's firm as an overhead expense. *In re Dimas, LLC*, 357 B.R. 563, 577 (Bankr. N.D. Cal. 2006) (citing *Missouri v. Jenkins*, 491 U.S. 274, 288 n. 10 (1989)). *See also In re Chellino*, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); *Souza v. Miguel*, 32 F.3d 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical, and routine messenger services).

Dated: March 31, 2015

Eugene R. Wedoff
United States Bankruptcy Judge

# Exhibit A

Run Date 3/13/2015
5:20:10PM
Selected Date Range
03/29/2011    02/27/2016

---

**Vallei Corp**                                                                                           10192

---

Case Administration

| Rep | Date | Rate | Time | Amt | Description |
|-----|------|------|------|-----|-------------|
| MAT | 05/13/2013 | $250.00 | 0.10 | $25.00 | Review Docket for Schedule status |
| MAT | 05/16/2013 | $250.00 | 0.20 | $50.00 | Receipt and review UST Motion to dismiss |
| MAT | 06/22/2013 | $250.00 | 0.20 | $50.00 | Prepare and file monthly operating report (12)(7) -5.00 |
| OAF | 07/16/2013 | $350.00 | 0.30 | $105.00 | Attend court for status and continue matter to 8-7-13 |
| OAF | 08/07/2013 | $350.00 | 0.50 | $175.00 | Attend court hearing on status continue status to 8.21.13 |
| OAF | 08/07/2013 | $350.00 | 0.50 | $175.00 | Attend court for status all matters continued to 8.21.13 (4) -175.0 |
| OAF | 08/26/2013 | $350.00 | 0.20 | $70.00 | Receive and review Monthly operating report and file same (12)(7) -7.00 |
| OAF | 09/23/2013 | $350.00 | 0.20 | $70.00 | Receive and review monthly report and file same (12)(7) -7.00 |
| OAF | 09/27/2013 | $350.00 | 0.20 | $70.00 | Receive and review Monthly operating report |
| OAF | 10/20/2013 | $350.00 | 0.50 | $175.00 | Attend court hearing on status |
| OAF | 11/12/2013 | $350.00 | 0.50 | $175.00 | Attend court for case status |
| OAF | 11/27/2013 | $350.00 | 0.50 | $175.00 | Attend Court for case status |
| OAF | 12/02/2013 | $350.00 | 0.20 | $70.00 | Receipt and review Monthly report and file same -7.00 (12)(7) |
| OAF | 01/02/2014 | $350.00 | 0.20 | $70.00 | review and File Small Business Monthly Operating Report (12)(7) -7.00 |
| OAF | 01/15/2014 | $350.00 | 0.50 | $175.00 | Attend court on status of Chapter 11 |

-208.00

# Exhibit A

Run Date 3/13/2015
Selected Date Range        5:20:10PM
03/29/2011    02/27/2016

-245.00

| Vallel Corp | | | | | 10192 |

## Case Administration

| Rep | | Rate | Time | Amt | |
|---|---|---|---|---|---|
| OAF | 01/15/2014 | $350.00 | 0.50 | $175.00 | Attend court for status Hearing Continued. Status hearing scheduled for 2/5/2014 |
| OAF | 01/31/2014 | $350.00 | 0.20 | $70.00 | Recieve Small Business Monthly Operating Report and file same |
| OAF | 02/05/2014 | $350.00 | 0.50 | $175.00 | Attend Hearing Continued. Status hearing scheduled for 2/19/2014 |
| OAF | 03/11/2014 | $350.00 | 0.20 | $70.00 | Attend court for status all matters continue to be March 31, 2015. |
| OAF | 04/21/2014 | $350.00 | 0.20 | $70.00 | File Small Business Monthly Operating Report ofr January and February (12)   -70.00 |
| OAF | 06/09/2014 | $350.00 | 0.20 | $70.00 | File Monthly operating reports (12)   -70.00 |
| OAF | 08/06/2014 | $350.00 | 0.30 | $105.00 | Attend court for case status and enter scheduling order for plan |
| OAF | 10/27/2014 | $350.00 | 0.30 | $105.00 | File Monthly operating reports for June, July and august  -105.00 (12) |
| OAF | 03/13/2015 | $350.00 | 1.00 | $350.00 | Draft motion for final decree set for 3.31.15 |
| | **Total Group:** | | **8.20** | **$2,820.00** | Case Administration |

# Exhibit B

| | | | | Run Date | 3/13/2015 |
| --- | --- | --- | --- | --- | --- |
| | | Selected Date Range | | | 5:20:10PM |
| | | 03/29/2011 | 02/27/2016 | | |

**Vallel Corp**  10192

Schedules / Statement of
Financial Affairs

| Rep | | Rate | Time | Amt | |
| --- | --- | --- | --- | --- | --- |
| MAT | 04/30/2013 | $250.00 | 1.00 | $250.00 | Preapre Petition and intila schedules |
| MAT | 06/10/2013 | $250.00 | 1.00 | $250.00 | Prepare and file Statement of finacila affairs (7)(9.) -25.00 |
| MAT | 07/10/2013 | $250.00 | 1.00 | $250.00 | Amend Schedules A, B and G and file same (7)(12) -25.00 |
| | **Total Group:** | | **3.00** | **$750.00** | Schedules / Statement of Financial Affairs |

-50.00

# Exhibit D

Run Date 3/13/2015
Selected Date Range 5:20:10PM
03/29/2011   02/27/2016

**Vallel Corp**                                                                                                  10192

Employment of Professionals

| Rep | | Rate | Time | Amt | |
|-----|---|------|------|-----|---|
| MAT | 07/09/2013 | $250.00 | 1.00 | $250.00 | Prepare and file Motion to employ MAT and affidavit |
| OAF | 08/05/2013 | $350.00 | 1.00 | $350.00 | Draft of motion to employ OAF and affidavit Set for 8.21.13 |
| OAF | 08/21/2013 | $350.00 | 0.50 | $175.00 | Attedn court on hearing on Motion to employ OAF and MAT |
| | **Total Group:** | | **2.50** | **$775.00** | Case Administration |

*handwritten: -25.00*

-25.00

# Exhibit F

Run Date: 3/13/2015
5:20:10PM

Selected Date Range
03/29/2011   02/27/2016

Vallel Corp                                                                  10192

Plan / Disclosure Statement

| Rep | Date | Rate | Time | Amt | Description |
|-----|------|------|------|-----|-------------|
| MAT | 07/15/2013 | $250.00 | 1.00 | $250.00 | Prepare and file Plan and disclosure statement (12)(7) -25.00 |
| OAF | 12/10/2013 | $350.00 | 0.50 | $175.00 | Draft motion to with draw amended Plan and file same (12)(7) -17.50 |
| OAF | 12/11/2013 | $350.00 | 1.80 | $630.00 | Research for Motion to extend exclusive period ins small business case and 45 days requirement of section 1123(e) |
| OAF | 12/11/2013 | $350.00 | 3.00 | $1,050.00 | Draft motion to extend exclusive periods set for hearing on 12/17/13 |
| OAF | 08/04/2014 | $350.00 | 2.00 | $700.00 | Draft changes to plan and incorporate settlement |
| OAF | 08/06/2014 | $350.00 | 1.50 | $525.00 | Review and Revise Plan per comments made by UST and Creditors |
| OAF | 08/08/2014 | $350.00 | 2.00 | $700.00 | Draft and file Amended Plan and disclosure statement to incorporate changes (12)(7) -70.00 -70.00 |
| OAF | 08/08/2014 | $350.00 | 1.00 | $350.00 | Update and file exhibits to disclosure statement (12)(7) -35.00 |
| OAF | 09/23/2014 | $350.00 | 1.00 | $350.00 | Prepare report of balloting |
| OAF | 09/23/2014 | $350.00 | 0.50 | $175.00 | Draft proposed order confirming plan |

-147.50

# Exhibit G

Run Date 3/13/2015
5:20:10PM

Selected Date Range
03/29/2011   02/27/2016

**Vallel Corp**  10192

Claims Administrator /
Creditor Issues

| Rep | Date | Rate | Time | Amt | Description |
|---|---|---|---|---|---|
| OAF | 11/09/2013 | $350.00 | 2.00 | $700.00 | Research case law for review of IDOR claims and standard to be applied. Review relevant portoon Illinois tax code |
| OAF | 11/11/2013 | $350.00 | 3.00 | $1,050.00 | Draft Objection to IDOR Claim number 3 ste for hearing on 11-27-13 |
| OAF | 11/27/2013 | $350.00 | 0.50 | $175.00 | Attend court for hearing on claims objecition |
| OAF | 12/16/2013 | $350.00 | 0.80 | $280.00 | Recieve and review Response in Opposition to Objection to Claim |
| OAF | 12/17/2013 | $350.00 | 0.50 | $175.00 | Attend Court for Status, hearing scheduled for 1/15/2014 |
| OAF | 01/12/2014 | $350.00 | 1.50 | $525.00 | Additional reseach for claim objetciotn to amended claim |
| OAF | 01/12/2014 | $350.00 | 2.50 | $875.00 | Draft and file Notice of Hearing and Objection to Claim(s) 3 of Illinois Department of Revenue Filed by O Allan Fridman on behalf of Valell Corporation. Hearing scheduled for 1/15/2014  -87.50 |
| OAF | 01/12/2014 | $350.00 | 0.80 | $280.00 | Prepare exhibits of 155 pages for objeciotn to claim 3 |
| OAF | 01/22/2014 | $350.00 | 0.80 | $280.00 | Receive and review repsonce to Objeciton for IDOR |
| OAF | 02/04/2014 | $350.00 | 0.80 | $280.00 | Draft Reply in Support to Objection to Claim |
| OAF | 02/19/2014 | $350.00 | 0.50 | $175.00 | Attend court and enter trial order on Debtors objection to IDOR |
| OAF | 06/01/2014 | $350.00 | 0.50 | $175.00 | Draft and file Notice of Motion and Motion to Continue/Reschedule Hearing scheduled for 6/3/2014  -17.50 |
| OAF | 06/04/2014 | $350.00 | 2.00 | $700.00 | Prepartion for Deposition of IDOR Mary Picszor. Review IDOR discovery answers which had several hudred pages and returns spanning many years |
| OAF | 06/09/2014 | $350.00 | 4.10 | $1,435.00 | Trial preapration |

-105.00

# Exhibit G

Vallel Corp                                                                                     10192

Claims Administrator /
Creditor Issues

| Rep | | Rate | Time | Amt | |
|---|---|---|---|---|---|
| OAF | 06/09/2014 | $350.00 | 0.40 | $140.00 | Appear for hearing on Moiton to contiue the Motion is granted in part as to filing of exhibts |
| OAF | 06/09/2014 | $350.00 | 1.00 | $350.00 | Preapre witness list and exhibt list and file same  -35.00 |
| OAF | 06/11/2014 | $350.00 | 0.50 | $175.00 | Reciept and review of Notice of Motion and Motion in Limine Objection to proposed exhibits |
| OAF | 06/11/2014 | $350.00 | 1.00 | $350.00 | Draft and file Notice of Motion and Motion in Limine to  -35.00 Bar Exhibits and Testimony |
| OAF | 06/12/2014 | $350.00 | 4.10 | $1,435.00 | Final trial preparation   of questions |
| OAF | 06/12/2014 | $350.00 | 2.00 | $700.00 | Meet with Carolyn Burton and accountant to reviee trial strategy and preapare for questions. |
| OAF | 06/12/2014 | $350.00 | 1.00 | $350.00 | Draft and file Response to (related document(s): 112   -35.00 Motion in Limine) Filed by O Allan Fridman on behalf of Valell Corporation (Fridman, O Allan) (Entered: 06/12/2014) |
| OAF | 06/13/2014 | $350.00 | 7.50 | $2,625.00 | Attend court for Trial on Debtors adversary proceedings versus IDOR |
| OAF | 06/13/2014 | $350.00 | 1.20 | $420.00 | Final preperation for trial |
| OAF | 06/14/2014 | $350.00 | 2.30 | $805.00 | Attend deposition for Mary Piszor regarding tax audit |
| OAF | 06/23/2014 | $350.00 | 3.10 | $1,085.00 | Attend court for trial |
| OAF | 06/23/2014 | $350.00 | 2.10 | $735.00 | Review St-1 returns and tax returns for several years to prepare for trial |
| OAF | 07/09/2014 | $350.00 | 0.20 | $70.00 | Conference with Carolyn re tax bill |
| OAF | 07/09/2014 | $350.00 | 0.30 | $105.00 | Conference with JIM of the IDOR re Plan |

-105.00